AMMI M. WHITE and MARGARET ANN (His Wife), Appellants, v. HENRY B. WILLIAMS, Respondent.

No. 1222; December 20, 1856.

**Judgment—Setting Aside—Jurisdiction of Trial Court.**—After the expiration of the term during which a judgment is made the trial court is without jurisdiction to set it aside, except in a case where the defendant was not served with process.

APPEAL from Fourth Judicial District, San Francisco County.

Cook, Olds & Cook for appellants; C. M. Brosman for respondent.

MURRAY, C. J.—It has been repeatedly held by us that the courts below have no power to disturb a judgment after the expiration of the term except in the single case where the defendant has not been served with process.

The order appealed from was irregular and is therefore vacated.

We concur: Heydenfeldt, J.; Terry, J.